IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01910-CMA-MEH

ROB FISHER,

    Plaintiff,

v.

MIDLAND FUNDING, LLC, and
EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 20, 2015**.

    In the interest of justice and for good cause shown, Plaintiff's Motion to Join Midland Credit Management, Inc. as a Defendant [filed November 16, 2015; docket #35] is **granted**. The Clerk of the Court shall file the First Amended Complaint, located at docket #35-4. Plaintiff shall serve the First Amended Complaint on the newly named Defendant in accordance with Fed. R. Civ. P. 4. The remaining Defendants shall file an answer or other response to the amended pleading in accordance with Fed. R. Civ. P. 15(a).