IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01910-CMA-MEH

ROB FISHER,

      Plaintiff,

v.

MIDLAND FUNDING, LLC,
MIDLAND CREDIT MANAGEMENT, INC., and
EXPERIAN INFORMATION SOLUTIONS, INC.,

      Defendants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 23, 2015**.

      Defendant Experian's Unopposed Motion for Entry of Stipulated Order Protecting Confidential Information [filed December 21, 2015; docket #43] is **denied without prejudice**, and the proposed Stipulated Protective Order is refused. The parties are granted leave to re-file their motion and submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires a *specific* mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388-89. In addition, the Court will not retain jurisdiction over this case once it is closed. *See* Proposed Order, ¶ 13. Finally, footnote 1 of the proposed order is incorrect; Defendant Midland Credit Management filed an answer on December 18, 2015 in this case. *See* docket #42.

      If the parties decide to re-file the motion for protective order in accordance with this order, they shall provide the Court with a copy of the proposed order in useable format (Word, Word Perfect) by sending it via email to hegarty_chambers@cod.uscourts.gov.