IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01910-CMA-MEH

ROB FISHER,

    Plaintiff,

v.

MIDLAND FUNDING, LLC,
MIDLAND CREDIT MANAGEMENT, INC., and
EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendants.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 4, 2016.**

    For good cause shown, Defendant Experian's renewed Unopposed Motion for Entry of Stipulated Order Protecting Confidential Information [filed February 2, 2016; docket #46] is **granted**. The proposed Stipulated Protective Order is accepted and filed contemporaneously with this minute order.