IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01910-CMA-MEH

ROB FISHER,

      Plaintiff,

v.

MIDLAND FUNDING, LLC,
MIDLAND CREDIT MANAGEMENT, INC., and
EXPERIAN INFORMATION SOLUTIONS, INC.,

      Defendants.

_____

**MINUTE ORDER**
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 28, 2016.**

      The Midland Defendants' Unopposed Motion for Leave to File Surreply to Plaintiff's Reply in Support of Plaintiff's Motion to Compel [filed March 25, 2016; docket #59] is **granted in part and denied in part**. The Midland Defendants may file a surreply no longer than eight pages in length on or before April 4, 2016.