IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:15-cv-01910-CMA-MEH | Date: | April 6, 2016 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                                 *Counsel:*

ROB FISHER                                                           Matthew Osborne

    Plaintiffs,

v.

MIDLAND FUNDING, LLC                                      Jamie Cotter
MIDLAND CREDIT MANAGEMENT, INC.
EXPERIAN INFORMATION SOLUTIONS, INC.   (no counsel present)


    Defendant.

---

**COURTROOM MINUTES**
**MOTION HEARING**

---

**3:03 p.m.**     **Court in session.**

Court calls case.  Appearances of counsel.

**ORDERED**:     Following oral argument regarding [48] Motion to Compel by Plaintiff, the Court DENIED the motion.

The Court will allow the plaintiff to propound an additional three (3) interrogatories as stated on the record.

Dispositive deadline motion is reset to June 6, 2016.

Discussion was held regarding several other discovery matters with rulings stated on the record.

Discussion was held regarding a possible Settlement Conference.

**3:45 p.m.**     **Court in recess.**     Hearing concluded.
Total in-court time    00:42

\*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.