**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 15-cv-1910-CMA-MEH

ROB FISHER,

      Plaintiff,

v.

MIDLAND FUNDING, LLC,
MIDLAND CREDIT MANAGEMENT, INC., and
EXPERIAN INFORMATION SOLUTIONS, INC.,

      Defendants.

---

**ORDER GRANTING STIPULATION OF DISMISSAL OF DEFENDANT**
**EXPERIAN INFORMATION SOLUTIONS, INC.**

---

This matter is before the Court on the parties' Stipulation to Dismiss Party

Experian Information Solutions, Inc. With Prejudice (Doc. #65).  The Court has reviewed

the Stipulation and ORDERS as follows:

Defendant Experian Information Solutions, Inc. is hereby DISMISSED WITH

PREJUDICE.  It is

FURTHER ORDERED that each party shall its own costs, attorneys' fees and

expenses.  It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the

removal of Experian Information Solutions, Inc. as a Defendant in this case.

DATED:  April 8, 2016

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge